UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KRISTI OBLINGER and WAYNE OBLINGER, )<br>)<br>    Plaintiffs, )<br>) <br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. d/b/a NEW )<br>ENGLAND COMPOUNDING CENTER, )<br>BARRY AND LISA CADDEN, and )<br>GREGORY CONIGLIARO, )<br>)<br>    Defendants. ) | CIVIL ACTION NO: 3:12-CV-820-RL-CAN |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, and being duly advised in the premises, hereby GRANTS Defendants' Motion.  Defendants are hereby granted an extension up to an including April 19, 2013 to respond to Plaintiff's Complaint.

SO ORDERED this 21st day of February, 2013.

S/Christopher A. Nuechterlein
Magistrate Judge, Christopher A. Nuechterlein
U.S. Northern District Court

Distribution:

| | |
|---|---|
| Douglas D. Small<br>Edmond W. Foley<br>FOLEY & SMALL<br>1002 E Jefferson Blvd<br>South Bend IN  46617 | Dina M. Cox / Kameelah Shaheed-Diallo<br>Robert M. Baker IV / Janelle P. Kilies<br>LEWIS WAGNER, LLP<br>501 Indiana Avenue, Suite 200<br>Indianapolis, IN  46202 |

C:\Users\marylou\AppData\Local\Temp\notes2068C1\ORDER_MET.wpd